# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY,** )<br>)<br>*Plaintiff-Counterclaim Defendant*, )<br>)<br>V. )<br>)<br>**ATLAS HEALTHCARE, LLC,** )<br>)<br>*Defendant-Counterclaim Plaintiff*. )<br>) | **CIVIL ACTION NO: 2:17-cv-1310-TMP** |

## STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE BY ALL PARTIES

Atlas Healthcare, LLC ("Atlas") and Cincinnati Insurance Company ("Cincinnati") (each a "Party" and collectively, the "Parties") hereby stipulate and agree to dismiss all of their respective claims in the above-captioned action, and thus Cincinnati's August 4, 2017 complaint (ECF No. 1) and Atlas's October 13, 2017 counterclaims (ECF No. 14) are to be dismissed with prejudice and with each Party to bear its own attorneys' fees and costs in this action.

This action arose out of a reasonable and genuine dispute over the application of a business interruption insurance policy to a unique factual and business context, and each Party is now satisfied that the other Party acted appropriately, professionally, and in good faith at all times. Cincinnati specifically withdraws its allegations that Atlas made material misrepresentations with respect to its claim for

business income loss and specifically agrees that the business income loss suffered by Atlas was related to its unique factual and business context; and Atlas similarly specifically withdraws its allegations that Cincinnati wrongfully refused to pay its business income claim and otherwise acted in bad faith.  The parties have fully resolved and settled all issues in dispute pursuant to a confidential written settlement agreement.

Accordingly, the Parties respectfully request that the Court dismiss Cincinnati's complaint and Atlas's counterclaims with prejudice, with each Party to bear its own attorneys' fees and costs in this action.

Dated:	April 10, 2019

Respectfully submitted,

*/s/ Mark E. Spear*
Mark E. Spear (SPEAM9106)
Spear, Spear & Hamby, P.C.
Post Office Box 1347
Mobile, Alabama 36633-1347
T: (251) 344-8181
F: (251) 344-6629
E: mes@sshlawpc.com

*Attorneys for Cincinnati Insurance Company*

*/s/ Harlan F. Winn, III*
Harlan F. Winn, III (ASB-7322-N73H)
Robert E. Battle (ASB-7807-T67R)
Battle & Winn LLP
The Martin Biscuit Building
2901 2nd Avenue South, Suite 220
Birmingham, Alabama 35233
T: (205) 397-8160
F: (205) 397-8179
E: hwinn@battlewinn.com
   rbattle@battlewinn.com

Paul A. Zevnik (DC Bar No. 952465)
(admitted pro hac vice 7/13/18)
Christopher Popecki (DC Bar No. 1026212)
(admitted pro hac vice 9/15/17)
Morgan, Lewis & Bockius LLP

1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
T: (202) 739-3000
F: (202) 739-3001
E: paul.zevnik@morganlewis.com
christopher.popecki@morganlewis.com

*Attorneys for Atlas Healthcare, LLC*