# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY,**      *Plaintiff-Counterclaim Defendant,* <br><br> V. <br><br> **ATLAS HEALTHCARE, LLC,**      *Defendant-Counterclaim Plaintiff.* | ) ) ) ) ) ) **CIVIL ACTION NO:** ) **2:17-cv-1310-TMP** ) ) ) ) ) |

## ORDER OF DISMISSAL

This matter comes before the Court on the Stipulation and Joint Motion for Dismissal with Prejudice by Plaintiff-Counterclaim Defendant Cincinnati Insurance Company ("Cincinnati") and Defendant-Counterclaim Plaintiff Atlas Healthcare, LLC ("Atlas"). The parties agree that this action arose out of a reasonable and genuine dispute over the application of a business interruption insurance policy to a unique factual and business context, and each party is now satisfied that the other party acted appropriately, professionally, and in good faith at all times. Cincinnati has specifically withdrawn its allegations that Atlas made material misrepresentations with respect to its claim for business income loss; and Atlas similarly has specifically withdrawn its allegations that Cincinnati

1

wrongfully refused to pay its business income claim in bad faith.  The parties have fully resolved and settled all issues in dispute.

Accordingly, the motion for dismissal (doc. 78) is GRANTED.  Cincinnati's complaint (Doc. 1) and Atlas's counterclaims (Doc. 14) are DISMISSED WITH PREJUDICE.  Each party will bear its own attorneys' fees and costs.

**DONE** and **ORDERED** on April 10, 2019.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE